UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY TENNART, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-179-JWD-EWD** |
| **THE CITY OF BATON ROUGE, ET AL.** | |
| | |
| **BRANDON ERP** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-323-JWD-EWD** |
| **CITY OF BATON ROUGE, ET AL.** | |
| | |
| **MAX GELLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-324-JWD-EWD** |
| **CITY OF BATON ROUGE, ET AL.** | |
| | |
| **TRAVIS DAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-328-JWD-RLB** |
| **CITY OF BATON ROUGE** | |
| | |
| **NIKOLE SMITH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-436-JWD-EWD** |
| **CITY OF BATON ROUGE, ET AL.** | |
| | |
| **SHONTA JACKSON** | **CIVIL CATION** |
| **VERSUS** | **NO. 17-438-JWD-EWD** |
| **CITY OF BATON ROUGE, ET AL.** | |

C: cv36a; T0:45

| | |
|---|---|
| **BLAIR IMANI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-439-JWD-EWD** |
| **CITY OF BATON ROUGE, ET AL.** | |
| | |
| **LISA BATISTE-SWILLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-443-JWD-EWD** |
| **CITY OF BATON ROUGE, ET AL.** | |

## STATUS CONFERENCE REPORT AND ORDER

An in-person status conference was held before Magistrate Judge Erin Wilder-Doomes on February 20, 2018, with the following participants:

| | | |
|---|---|---|
| **PRESENT:** | **James W. Craig**<br>**Emily F. Ratner**<br>**Eric A. Foley**<br>**Gideon T. Carter, III**<br>**Shani M. Moore-O'Neal**<br>Counsel for plaintiffs,<br>Lerory Tennart, *et al.,* Nikole Smith, *et al.,* Lisa Batiste-Swilley and Shonta Jackson<br><br>**William B. Most**<br>Counsel for plaintiffs,<br>Blair Imani, *et al.*<br><br>**Mary G. Erlingson**<br>**Catherine St. Pierre**<br>Counsel for defendants,<br>Sid J. Gautreaux, III and AIX Group<br><br>**Cullen J. Dupuy**<br>Counsel for Livingston Parish Sherriff's Office defendants | **John K. Etter**<br>Counsel for plaintiffs,<br>Brandon Erp and Max Geller<br><br>**Deelee S. Morris**<br>**Tedrick K. Knightshead**<br>Counsel for defendants,<br>City of Baton Rouge, *et al.*<br><br>**Dennis J. Phayer**<br>Counsel for Louisiana State Police defendants<br><br>**Craig E. Frosch**<br>**Thomas A. Usry**<br>Counsel for Louisiana Sheriffs' Association defendants |

Counsel for the parties discussed the pending cases and preliminary issues with respect to each case.  For each of the above captioned cases, the undersigned reviewed the docket sheet with counsel, specifically focusing on any defendants who had been named but not yet appeared, pending motions, and counsel's plans to file additional motions.  While the parties had previously discussed possible consolidation of these matters for purposes of discovery and/or pretrial procedures during the January 10, 2018 status conference,[1] the undersigned advised counsel that the cases will not be consolidated for any purpose at this time.  Thus, the undersigned clarified that discovery is not open in any of the above-referenced cases at this juncture.

With respect to the defendants who have been named in the foregoing cases but not yet served, counsel for the parties confirmed that all of the defendants have either been served or have made an appearance in *Day v. City of Baton Rouge*, 17-cv-328 ("*Day*"), *Jackson v. City of Baton Rouge, et al.* 17-cv-438 ("*Jackson*"), *Imani v. City of Baton Rouge, et al.*, 17-cv-439 ("*Imani*"), and *Batiste-Swilley v. City of Baton Rouge, et al.*, 17-cv-443 ("*Batiste-Swilley*").  With respect to *Tennart, et al. v. Baton Rouge, et al.*, 17-cv-179 ("*Tennart*"), counsel for the parties confirmed that all of the named defendants have either been served or have made an appearance except for Jason Acree, Carl Alexander, Jesse Barcelona, Michael Barrow, Brandon Bethany, Brandon Blust, Mark Carrie, Doug Chutz, Lorenzo C. Coleman, Nicholas Collins, James Crisler, Mark Cummings, James R. Cutrer, Shawn Delaney, Andrew DeSalvo, Robin Ducote, Josh Ellis, Brandon Farris, John Ford, Wes Hall, David Hamilton, Alan Hamilton, Devin Hernandez, Scott Johnson, David Kennedy, Joshua Kirst, Earl J. Lapeyrouse, J. Darren Leach, Derrick Maglone, Wayne Martin, Brett McGee, Brock McMorris, Jared Neland, Thomas Pierce, Neil Porter, Tomas Quintero, Julius Raymond, Alex Robeau, Noel Salamoni, Theodore Smith, Shona Stokes, Hudson Tabor, Bryan Taylor, Frederick Thornton, Willie Turner, David Wallace, Leo Wallace, Randall Wiedman, and

---

[1] *See*, R. Doc. 56.

Brandon Woods. Counsel for the City of Baton Rouge/Parish of Baton Rouge anticipated making an appearance on behalf of those defendants.[2]

With respect to *Erp v. City of Baton Rouge, et al.*, 17-cv-323 ("*Erp*") and *Geller v. City of Baton Rouge, et al.*, 17-cv-324 ("*Geller*"), counsel for the parties confirmed that while defendant AIX Group d/b/a Nova Casualty Company ("AIX Group") has not yet been served nor has it made an appearance in either case, AIX Group has executed a waiver of service in each case and its response is due in both cases on March 9, 2018.[3] With respect to *Smith v. City of Baton Rouge, et al.*, 17-cv-436 ("*Smith*"), counsel for the parties confirmed that defendant Jared Neland has not been served nor has he made an appearance in the case. Counsel for the City of Baton Rouge/Parish of Baton Rouge represented to the Court that Neland is a current or former employee of the City of Baton Rouge or the Parish of Baton Rouge, and that counsel would look into the matter and anticipated making an appearance on his behalf.

With respect to the pending motions to stay discovery filed in *Tennart*,[4] *Smith*,[5] *Jackson*,[6] and *Batiste-Swilley*,[7] the undersigned addressed the corresponding motions for extension of time to file responses to the motions to stay filed in each of the foregoing cases.[8] With the exception of *Jackson*, the parties agreed to an extension until March 15, 2018 for any responses to be filed to the motions to stay discovery. In *Jackson*, the parties agreed to an extension until March 19, 2018 for any response to be filed to the pending motion to stay discovery.

---

[2] After the Status Conference but prior to the issuance of the instant Status Conference Report and Order, counsel for the City of Baton Rouge/Parish of Baton Rouge filed an Answer to the Amended Complaint on behalf of several defendants, including those mentioned above who had not previously been served or made an appearance in this case. *See* R. Doc. 129.
[3] *See*, *Erp*, 17-cv-323, R. Doc. 61; *Geller*, 17-cv-324, R. Doc. 73.
[4] 17-cv-179, R. Docs. 118 and 123.
[5] 17-cv-436, R. Docs. 66 and 71.
[6] 17-cv-438, R. Doc. 35.
[7] 17-cv-443, R. Docs. 64 and 65.
[8] *See*, *Tennart*, 17-cv-179, R. Doc. 127; *Smith*, 17-cv-436, R. Doc. 75; *Jackson*, 17-cv-438, R. Doc. 39; *Batiste-Swilley*, 17-cv-443, R. Doc. 72.

Further, with respect to the *Erp, Geller,* and *Imani* cases, counsel for defendants Sid J. Gautreaux, III, Sheriff of East Baton Rouge Parish and AIX Group represented to the Court that a motion to dismiss and a motion to stay discovery will be filed in each case before Friday, February 23, 2018. With respect to the *Day* case, counsel for the plaintiff represented that an amended complaint will be filed by Friday, February 23, 2018. With respect to the remaining cases, the undersigned advised counsel that for any case in which an amendment is sought to correct clerical errors in the operative complaint, plaintiff(s) shall file a motion to substitute, requesting to substitute the most recent amended complaint with the proposed amended pleading. No counsel objected to proposed amendments to correct clerical errors, therefore it should be represented in any such motion to substitute that the motion is unopposed. While the undersigned clarified that defendants must file separate motions in each case because the cases have not been consolidated for any purpose, to the extent the plaintiffs wish to file a consolidated response to pending motions within a case, *e.g.*, where the same issues are raised in several motions, counsel should contact Judge deGravelles chambers to ensure that procedure is acceptable.

Accordingly,

**IT IS HEREBY ORDERED** that the Motions for Extension of Time to File Response to Motions to Stay Discovery in *Tennart*,[9] *Smith*,[10] *Jackson*[11] and *Batiste-Swilley*[12] are **GRANTED.** In *Tennart*, *Smith* and *Batiste-Swilley*, the parties shall have until **March 15, 2018** in which to file a response to the pending motions to stay discovery.[13] In *Jackson*, the parties shall have until **March 19, 2018** in which to file a response to the pending motion to stay discovery.[14] Based on

---

[9] 17-cv-179, R. Doc. 127.
[10] 17-cv-436, R. Doc. 75.
[11] 17-cv-438, R. Doc. 39.
[12] 17-cv-443, R. Doc. 72.
[13] *See*, *Tennart*, 17-cv-179, R. Docs. 118 and 123; *Smith*, 17-cv-436, R. Docs. 66 and 71; *Batiste-Swilley*, 17-cv-443, R. Docs. R. Docs. 64 and 65.
[14] 17-cv-438, R. Doc. 35.

the preliminary issues remaining to be addressed, the undersigned finds good cause to defer entry of a scheduling order at this time. The undersigned will set scheduling conferences in all matters at a later date to be determined by the court.

Signed in Baton Rouge, Louisiana, on March 7, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**