## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAX GELLER** | ) | **CASE NO. 3:17-CV-00324-JJB-EWD** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF BATON ROUGE, ET AL** | ) | |
| | ) | |

## ANSWER TO FOURTH AMENDED, SUPPLEMENTAL AND SUPERSEDING COMPLAINT FOR DAMAGES FOR DEPRIVATION FOR CIVIL RIGHTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Jacob Brown and Beau Comeaux, who, reserving all defenses available under Rule 12(b) of the Federal Rules of Civil Procedure, respond to plaintiff's Civil Rights Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Complaint fails to join a necessary party under FRCP 19.

And now, responding to the paragraphs of plaintiff's Complaint, defendants respond as follows:

### UNNUMBERED PARAGRAPHS PRECEDING INTRODUCTION

The unnumbered paragraphs preceding the "Introduction" appear to assert Plaintiff's reasoning or basis for filing the Fourth Amended Complaint which all allegations are specifically denied.

{01011509 - v1}                    1

**INTRODUCTION**

**1.**

Denied and denied as calling for multiple legal conclusions.

**1A.**

Denied and denied as calling for multiple legal conclusions.

**1B.**

Denied.

**1C.**

Denied.

**2.**

Denied.

**3.**

Denied.

**4.**

Denied for lack of sufficient formation and as calling for legal conclusions.

**5.**

Denied.

**6.**

Denied.

**7.**

Denied.

**8.**

Denied.

**9.**

Denied.

**10.**

Denied for lack of sufficient information.

**11.**

Denied.

**12.**

Denied.

**PARTIES**

**13.**

Denied.

**City of Baton Rouge, East Baton Rouge Parish,
And Baton Rouge Police Department Defendants**

**14.**

Denied for lack of sufficient information.

**14A.**

Denied for lack of sufficient information.

**14B.**

Denied for lack of sufficient information.

**14C.**

Denied for lack of sufficient information.

**15.**

Denied.

**16.**

Denied.

**17.**

Denied for lack of sufficient information.

**17A.**

Denied for lack of sufficient information.

**17B.**

Denied for lack of sufficient information.

**17C.**

Denied for lack of sufficient information.

**East Baton Rouge Sheriff's Office Defendants**

**18.**

Denied for lack of sufficient information.

**18A.**

Denied for lack of sufficient information.

**19.**

Denied for lack of sufficient information.

**19A.**

Denied for lack of sufficient information.

**19B.**

Denied for lack of sufficient information.

**19C.**

Denied for lack of sufficient information.

**19D.**

Denied for lack of sufficient information.

**19E.**

Denied for lack of sufficient information.

**20.**

Denied.

**20A.**

Denied.

**21.**

Denied for lack of sufficient information.

**22.**

Denied as calling for a legal conclusion.

**23.**

Denied as calling for a legal conclusion.

**24.**

Denied as calling for a legal conclusion.

**25.**

Denied for lack of sufficient information.

**26.**

Denied.

**27.**

Denied.

**28.**

Denied.

**29.**

Denied as calling for a legal conclusion.

**30.**

Denied as calling for a legal conclusion.

**30A.**

Denied for lack of sufficient information.

**31.**

Denied for lack of sufficient information.

**31A.**

Denied for lack of sufficient information.

**31B.**

Denied for lack of sufficient information.

**31C.**

Denied for lack of sufficient information.

**31D.**

Denied for lack of sufficient information.

**31E.**

Denied for lack of sufficient information.

**Insurance Company Defendant**

**32.**

Denied for lack of sufficient information and as calling for a legal conclusion.

**Louisiana State Police Defendants**

**33.**

Denied.

**34.**

Denied.

**35.**

[Paragraph Intentionally Left Blank therefore no response is required by these defendants.]

**35A.**

Denied.

**36.**

[Paragraph Intentionally Left Blank therefore no response is required by these defendants.]

**JURISDICTION AND VENUE**

**37.**

Denied as calling for a legal conclusion.

**38.**

Denied as calling for a legal conclusion.

**STATEMENT OF FACTS**

**39.**

Denied for lack of sufficient information.

**39A.**

Denied.

**39B.**

Denied.

**39C.**

Denied for lack of sufficient information.

**39D.**

Denied for lack of sufficient information.

**39E.**

Denied for lack of sufficient information.

**39F.**

Denied for lack of sufficient information.

**39G.**

Denied for lack of sufficient information.

**39H.**

Denied for lack of sufficient information.

**39I.**

Denied for lack of sufficient information.

**40.**

Denied.

**41.**

Denied for lack of sufficient information.

**41A.**

Denied for lack of sufficient information.

**42.**

Denied for lack of sufficient information.

**42A.**

Denied for lack of sufficient information.

**42B.**

Denied for lack of sufficient information.

**43.**

Denied for lack of sufficient information.

**44.**

Denied for lack of sufficient information.

**45.**

Denied.

**45A.**

Denied for lack of sufficient information.

**45B.**

Denied for lack of sufficient information.

**46.**

Denied.

**46A.**

Denied for lack of sufficient information.

**46B.**

Denied for lack of sufficient information.

**46C.**

Denied for lack of sufficient information.

**47.**

Denied.

**48.**

Denied.

**49.**

Denied.

**50.**

Denied.

**51.**

Denied.

**52.**

Denied.

**53.**

Denied for lack of sufficient information.

**54.**

[Paragraph Intentionally Left Blank therefore no response is required by these defendants.]

**55.**

Denied for lack of sufficient information.

**56.**

Denied.

**57.**

Denied.

**58.**

Denied.

**59.**

Denied.

**59A.**

Denied for lack of sufficient information.

**60.**

Denied.

**61.**

Denied.

**62.**

Denied.

**63.**

Denied.

**64.**

Denied for lack of sufficient information.

**65.**

Denied for lack of sufficient information.

**66.**

Denied for lack of sufficient information.

**67.**

Denied for lack of sufficient information.

**68.**

Denied for lack of sufficient information.

**69.**

Denied for lack of sufficient information.

**70.**

Denied for lack of sufficient information.

**71.**

Denied.

**72.**

Denied for lack of sufficient information.

**72A.**

Denied for lack of sufficient information.

**72B.**

Denied for lack of sufficient information.

**72C.**

Denied for lack of sufficient information.

**72D.**

Denied for lack of sufficient information.

**72E.**

Denied for lack of sufficient information.

**72F.**

Denied for lack of sufficient information.

**73.**

Denied for lack of sufficient information.

**74.**

Denied for lack of sufficient information.

**75.**

Denied.

**76.**

Denied for lack of sufficient information.

**77.**

Denied for lack of sufficient information.

**78.**

Denied for lack of sufficient information.

**79.**

Denied.

**80.**

Denied.

**81.**

Denied.

**82.**

Denied.

**83.**

Denied.

## CAUSES OF ACTION

## Count 1

**Deprivation of Civil Rights Under Color of Law in Violation of the First Amendment, Fourth Amendment, Eighth Amendment, Fourteenth Amendment and 47 U.S.C. Section 1983**

**84.**

Denied.

**85.**

Denied.

**86.**

Denied.

**87.**

Denied.

**88.**

Denied.

**89.**

Denied.

**90.**

The cited Supreme Court jurisprudence speaks for itself.

**91.**

Denied.

**92.**

Denied.

**93.**

Denied.

**94.**

Denied.

**95.**

Denied.

**96.**

Denied.

**97.**

Denied.

**98.**

Denied.

**99.**

Denied.

**100.**

Denied.

**101.**

Denied.

**102.**

[Paragraph Intentionally Left Blank therefore no response is required by these defendants.]

**103.**

Denied.

**104.**

Denied.

**105.**

Denied.

**106.**

Denied.

## Count 2

**Conspiracy to Deprive Plaintiff of Civil Rights in Violation of
42 U.S.C. Section 1985(3)**

**107.**

Denied.

**107A.**

Denied.

**107B.**

Denied.

**108.**

Denied.

**109.**

Denied.

**110.**

Denied.

**111.**

Denied.

**112.**

Denied.

**113.**

Denied.

**114.**

Denied.

**115.**

Denied.

**115A.**

Denied.

## Count 3

**Neglecting to Prevent Deprivation of Civil Rights Under 42 U.S.C. Section 1986**

**116.**

The cited statute speaks for itself.

**117.**

Denied.

**118.**

Denied.

**118A.**

Denied and denied as calling for multiple legal conclusions.

**119.**

Denied.

**120.**

Denied.

**121.**

Denied.

## Count 4

**Arrest Without Probable Cause in Violation of Fourth Amendment**

**122.**

The cited jurisprudence speaks for itself.

**123.**

Denied for lack of sufficient information.

**124.**

Denied.

**125.**

Denied.

**126.**

Denied.

**127.**

Denied.

**128.**

Denied.

## Count 5

### Violation of First Amendment Rights and
### Retaliation Against Exercise of Rights to Freedom of Speech and Assembly

**129.**

Denied.

**130.**

Denied.

**131.**

Denied.

**132.**

Denied.

**133.**

Denied.

## Count 6

### Denial of Medical Care in Violation of Eight Amendment

**134.**

Denied.

**135.**

Denied.

**136.**

Denied.

**137.**

Denied.

**138.**

Denied.

## Count 7

**Claim for Punitive Damages Under 42 U.S.C. Section 1983**

**139.**

Denied.

**140.**

Denied.

**141.**

Denied.

**142.**

Denied.

**143.**

Denied.

**144.**

Denied.

**145.**

Denied and denied as calling for multiple legal conclusions.

## Count 8

**Defendant is Not Entitled to Qualified Immunity**

**146.**

The cited jurisprudence speaks for itself.

**147.**

The cited jurisprudence speaks for itself.

**148.**

The cited jurisprudence speaks for itself.

**149.**

Denied.

**150.**

Denied.

## Count 9

**Attorneys' Fees for Deprivation of Civil Rights Under 42 U.S.C. Section 1988**

**151.**

Denied.

**151A.**

Denied and denied as calling for multiple legal conclusions.

## Count 10

**Claim for False Imprisonment Under Louisiana Law**

**152.**

The cited jurisprudence speaks for itself.

**153.**

Denied.

## Count 11

**Claim for Malicious Prosecution Under Louisiana Law**

**154.**

Denied.

## Count 12

**Claim for Assault and Battery Under Louisiana Law**

**155.**

Denied.

**155A.**

Denied.

**156.**

The cited jurisprudence speaks for itself.

**157.**

Denied.

## Count 13

**Claim for Intentional Infliction of Emotional Distress Under Louisiana Law**

**158.**

Denied.

**158A.**

Denied.

## Count 14

**Claim for Negligent Infliction of Emotional Distress Under Louisiana Law**

**159.**

Denied.

## Count 15

**Claim for Negligence Under Louisiana Law**

**160.**

Denied.

## Count 16

**Claim for Vicarious Liability Under Louisiana Law**

**161.**

Denied as calling for a legal conclusion.

**162.**

Denied.

**162A.**

Denied and denied as calling for multiple legal conclusions.

**162B.**

Denied and denied as calling for multiple legal conclusions.

**162C.**

Denied and denied as calling for legal conclusion.

**162D.**

Denied and denied as calling for multiple legal conclusions.

## Count 17

**Claim for Failure to Train and Supervise Employees Under Louisiana Law**

**163.**

Denied.

**Count 18**

**Direct Action Claim Against Insurer**

**164.**

Denied as calling for a legal conclusion.

**EQUITABLE AND DECLARATORY RELIEF**

**165.**

Defendants deny that plaintiff is entitled to any of the equitable and declaratory relief claimed.

**DAMAGES**

**166.**

Defendants deny that plaintiff is entitled to recovery of any damages, of any sort, under any legal theory.

**167.**

Denied.

**168.**

Denied.

**169.**

Denied.

**170.**

Denied.

**FIRST AFFIRMATIVE DEFENSE**

Defendants are entitled to absolute immunity.

## SECOND AFFIRMATIVE DEFENSE

Defendants re entitled to qualified immunity.

## THIRD AFFIRMATIVE DEFENSE

Even were he to prevail, which he should not, plaintiff is not entitled to recover attorneys' fees that are unreasonable, excessive, unwarranted, and unrelated to this litigation.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint should be dismissed because defendants are not a proper party to a declaratory judgment action challenging the constitutionality of statutes.

## FIFTH AFFIRMATIVE DEFENSE

Defendants specifically plead all affirmative defenses set forth in Rule 8(c) of the Federal Rules of Civil Procedure which are applicable to this case and/or any and all other affirmative defenses and qualified and/or good faith immunities, all of which are pled herein as if copied in extenso.

## SIXTH AFFIRMATIVE DEFENSE

Defendants affirmatively plead the limitation, immunities, privileges, and benefits of La. R.S. 9:2800, La. R.S. 9:2792.4, La. R.S. 9:2798.1, La. R.S. 13:5101, La. R.S. 13: 5105, La. R.S. 13:5106, and La. R.S. 13:5112.

## SEVENTH AFFIRMATIVE DEFENSE

Defendants affirmatively plead that, with respect to the complained of actions/inactions specified in plaintiffs' complaint, defendants at all times acted in good faith and within the scope of their judicial authority under applicable law and are thus entitled to good faith and qualified immunity from suit under both state and federal law.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendants affirmatively plead that, while carrying out the complained of actions/inactions specified in plaintiff's complaint, they at all times acted in accordance and compliance with applicable local, state, and federal law.

**NINTH AFFIRMATIVE DEFENSE**

Defendants affirmatively plead that plaintiff's claims are subject to applicable statutes of prescription, peremption, laches, repose, and are otherwise untimely and time-barred.

**TENTH AFFIRMATIVE DEFENSE**

Defendants affirmatively plead that plaintiff's claimed damages were caused solely by plaintiff's own legal fault, so as to completely bar any recovery by plaintiff herein.

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendants affirmatively plead that plaintiff's claimed damages, if not caused by plaintiff's sole legal fault, alternatively, were caused at least in part by plaintiff's comparative fault and contributory negligence, so as to result in a proportionate reduction in any judgment which plaintiff may ultimately recover.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendants affirmatively plead that plaintiff's damages were caused by the legal fault of third parties over whom defendants exercised no supervision or control nor whom defendants employed, such that said legal fault cannot be imputed to defendants.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Defendants affirmatively plead that plaintiff has failed to mitigate his damages.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendants affirmatively plead the "fellow officer" rule.

## JURY TRIAL REQUEST

Defendants are entitled to and continue to request a jury trial on all issues.

**WHEREFORE,** defendants pray that this answer be deemed good and sufficient and that after due proceedings are had there be judgment rendered in their favor, dismissing plaintiff's complaint with prejudice, at plaintiff's cost and for all general and equitable relief. Defendants further pray for trial by jury and relief necessary and equitable under the circumstances.

Respectfully submitted,

**BURGLASS & TANKERSLEY, LLC**

/s/ Erika M. Cunningham
Dennis J. Phayer (#10408)
dphayer@burglass.com
Erika M. Cunningham (#31890)
ecunningham@burglass.com
5213 Airline Drive
Metairie, Louisiana 70001-5602
Direct Dial Phone: (504) 836-0403
Telefax: (504) 287-0443
Attorneys for Defendants, Jacob Brown and Beau Comeaux

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2020, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email and/or United States Mail.

/s/Erika M. Cunningham